UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff | ) | CRIMINAL NO. _08CR1807-L_ |
| | ) | _08MJ1519-AJB_ |
| vs. | ) | ORDER |
| _Jose Ramon Valadez, et al,_ | ) | RELEASING MATERIAL WITNESS |
| | ) | |
| | ) | Booking No. |
| Defendant(s) | ) | |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

_Amelia Perez-Campos_

DATED: _6/3/08_

ANTHONY J. BATTAGLIA

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR.   Clerk

by _J. Madueno_   **J. MADUENO**
Deputy Clerk

CLERK'S OFFICE COPY
mc500 Crim-25 rev. 8-95

☆ U.S. GPO: 2003-581-774/70082